IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LATESIA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:23-cv-03301-LMM |
| WAL-MART STORES EAST, LP., | ) | |
| ABC CORPS #-3; and JOHN DOES | ) | |
| #1-3, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that a copy of WAL-MART STORES EAST, LP.'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS TO LATESIA ALLEN was served upon counsel of record in the foregoing matter via STATUTORY ELECTRONIC SERVICE and/or by depositing copies of same in the United States Mail in an envelope with sufficient postage thereon addressed as follows:

Toya Perkins, Esq.
Morgan & Morgan Atlanta, PLLC
P.O. Box 57007
Atlanta, GA  30343
tperkins@forthepeople.com

This 24 of August, 2023.

**[SIGNATURE ON NEXT PAGE]**

        WALDON ADELMAN CASTILLA
        HIESTAND & PROUT

        <u>/s/ Matthew J. Hurst</u>
        Matthew J. Hurst
        Georgia Bar No. 480267
        Attorneys for Wal-Mart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com