IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATESIA ALLEN,<br><br>    Plaintiff,<br><br>WAL-MART STORES EAST, LP.,<br>ABC CORPS #-3; and JOHN DOES<br>#1-3, | CIVIL ACTION NO.<br>1:23-cv-03301-LMM |

_____

Toya Perkins
Georgia State Bar No. 259087
*Attorney for Plaintiff*

178 S Main St, Unit 300
Alpharetta, Georgia 30009
T: (770) 799-2755
tperkins@forthepeople.com

## **CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B

Respectfully submitted, this 11th day of October, 2023.

**MORGAN & MORGAN**

*/s/ Toya Perkins*
Toya Perkins
Georgia State Bar No. 259087
*Attorney for Plaintiff*

178 S Main St., Unit 300
Alpharetta, GA 30009
T: (770) 799-2755
tperkins@forthepeople.com