IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LATESIA ALLEN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:23-cv-03301-LMM |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, *et al.*, | : | |
| Defendants. | : | |

# **ORDER**

The above Notice of Removal was filed on July 26, 2023. Defendant's Answer was filed on July 26, 2023, and discovery is set to expire on December 26, 2023.[1] Counsel are hereby **ORDERED** to file the Joint Preliminary Report and Discovery Plan required by Local Rule 16.2 within 7 days of entry of this Order.

**IT IS SO ORDERED** this 4th day of December, 2023.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Pursuant to Local Rule 16.2, the completed Joint Preliminary Report and Discovery Plan must be filed within thirty days after the appearance of the <u>first</u> defendant by answer or motion or within thirty days after a removed case is filed in this Court.