IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATESIA ALLEN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 1:23-cv-03301-LMM |
| WAL-MART STORES EAST, LP., | ) |
| ABC CORPS #-3; and JOHN DOES #1-3, | ) |
| | ) |
| Defendants. | ) |

**ORDER EXTENDING DEADLINE TO SUBMIT
CONSOLIDATED PRETRIAL ORDER**

The parties have agreed to and have submitted to the Court, and for good cause shown, the Court hereby GRANTS the parties' consent motion to extend deadline to submit consolidated pretrial order.

Parties are ordered to submit their consolidated pretrial order no later than June 7, 2024.

**IT IS SO ORDERED.**

This 31st day of _____May_____, 2024.

_____
The Honorable Judge Leigh Martin May
United States District Court for the Northern
District of Georgia – Atlanta Division